UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LAND O'LAKES PURINA FEED LLC, a Delaware limited liability company,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DALE W. GERRATT,<br><br>　　　　　　Defendant. | Case No. 1:09-cv-00209-BLW<br><br>**ORDER** |

The Court has before it the Parties' Stipulation for Dismissal (Dkt. 21). Good cause appearing, the Court will grant the motion.

**ORDER**

**IT IS ORDERED:**

1. The Parties' Stipulation for Dismissal (Dkt. 21) is **GRANTED**, and this case shall be **DISMISSED WITHOUT PREJUDICE**, with each party bearing its own costs and fees.

DATED: **October 26, 2011**

_(signature)_
B. LYNN WINMILL
Chief U.S. District Court Judge

ORDER - 1